

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-19-00544-CV

**IN THE INTEREST OF A.V.T.,** a Child,

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 141130350MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

The Appellee's Third Unopposed Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to April 30, 2020.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court